UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHARI HARP,

    Plaintiff,                                                Case No. 3:20-cv-162

vs.

COMMISSIONER OF SOCIAL SECURITY,     District Judge Michael J. Newman

    Defendant.
_____

**ORDER AND ENTRY: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR REMAND (DOC. 19); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THAT THE CLERK ENTER JUDGMENT ACCORDINGLY; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

      This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. 19.  For good cause shown, and absent opposition, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint stipulation for a remand (doc. 19) is **APPROVED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** on the Court's docket.  The Clerk is **ORDERED** to enter judgment accordingly.

      **IT IS SO ORDERED.**


Date:   March 3, 2021                               s/ Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge