IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHARI HARP,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:20-cv-162

District Judge Michael J. Newman

---

**ORDER (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. NO. 22) AND (2) AWARDING PLAINTIFF $3,650.00 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint request that Plaintiff be awarded attorney's fees under the EAJA, 28 U.S.C. § 2412, in the amount of $3,650.00.  Doc. No. 22.  The parties do not dispute that all requirements are met for a reasonable award of EAJA fees.  *Id.*  Therefore, the Court: (1) **GRANTS** the parties' joint motion (doc. no. 22) and (2) **AWARDS** Plaintiff EAJA fees in the amount of $3,650.00.  No further matters require review in this case; accordingly, it remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  03/24/2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge